O

```
                                    ┌─────────────────────────────┐
                                    │            FILED            │
                                    │  CLERK, U.S. DISTRICT COURT  │
                                    │  ┌───────────────────────┐  │
                                    │  │   December 10, 2014   │  │
                                    │  └───────────────────────┘  │
                                    │  CENTRAL DISTRICT OF CALIFORNIA │
                                    │  BY: _____ TS _____ DEPUTY   │
                                    └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEON DEWAYNE HARDIN, | )   Case No. CV 14-03785-CAS (DFM) |
|       Petitioner, | ) |
| | )   Order Accepting Findings and |
|       v. | )   Recommendation of United States |
| | )   Magistrate Judge |
| J. SOTO, Warden, | ) |
|       Respondent. | ) |
| | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

///

1     IT IS THEREFORE ORDERED that Judgment be entered dismissing
2     this action with prejudice.
3
4     Dated: November 26, 2014
5
6                                            CHRISTINA A. SNYDER
                                             United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2