JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
December 10, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
December 10, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEON DEWAYNE HARDIN, <br><br> Petitioner, <br><br> v. <br><br> J. SOTO, Warden, <br><br> Respondent. | Case No. CV 14-03785-CAS (DFM) <br><br> JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: November 26, 2014

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
United States District Judge